UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT GENE BAILEY
            Plaintiff(s)
    v.    **Judgment in a Civil Case**
JAMES RAYMOND STUBBS;
SHOWCASE CARS, INC; JOSEPH
GARDNER; BILL TOMAN; R.M.
ASHLEY; K.D. MACKEY; P.J. GRAHAM;
RODNEY SMITH; UNKNOWN FEMALE
OFFICER
            Defendant(s)    Case Number: 5:10-CT-58-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed pursuant to 28 U.S.C. § 1915(g).

This Judgment Filed and Entered on June 11, 2010, with service on:
Robert Gene Bailey; Cumberland County Detention Center, 204 Gillespie Street, Fayetteville, NC 28301 (via U.S. Mail)

June 11, 2010                    /s/ Dennis P. Iavarone
                                              Clerk